District Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | NO. C05-00703-MJP |
| Plaintiff, ) | |
| ) | **DEFAULT JUDGMENT** |
| v. ) | |
| ) | |
| DARYL MALLORY, JACOBS ROOFING & ) | |
| CONSTRUCTION INC., ) | |
| ) | |
| Defendants. ) | |

This matter having come on upon the United States' Motion for Default Judgment, default having been entered against defendants Daryl Mallory and Jacobs Roofing & Construction Inc., in accordance with Rule 55, Federal Rules of Civil Procedure, and this Court having reviewed the files and records herein, and being fully advised;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That the United States have and recover judgment in its favor against Defendants Daryl Mallory and Jacobs Roofing & Construction Inc., in the sum of **Seven Thousand, One Hundred and Twenty-One Dollars and Twenty-Eight Cents** ($7,121.28) ($4,948.28 in property damage; $682.00 towing and storage costs; $1,491.00 medical specials).

2. That the United States have and recover pre-judgment interest on the total $7,121.28 at the following federal pre-judgment interest rates: 2% for calendar year 2003; 1% for calendar year 2004; and 1% for calendar year 2005.

DEFAULT JUDGMENT - 1
(C05-00703-MJP)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

3. Post- Judgment interest on this judgment will accrue at the federal post-judgment interest rate pursuant to 28 U.S.C. § 1961, from the date of entry of the judgment until fully paid.

4. That the United States have and recover costs to date in the sum of **Forty Dollars and Seventy-Five Cents** ($40.75).

DATED this __27th_ day of ____May_____, 2005.

Marsha J. Pechman
U.S. District Judge

Presented By:

s/Kristin B. Johnson
KRISTIN B. JOHNSON, WSBA #28189
Assistant United States Attorney

DEFAULT JUDGMENT - 2
(C05-00703-MJP)